FORM VAN–122

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:10–bk–11640–RJH

RUBEN DELACRUZ  Chapter: 13
3603 NORTH BRINDLEY AVENUE
LITCHFIELD PARK, AZ 85340
**SSAN:** xxx–xx–2738
**EIN:**

CORINA S DELACRUZ
3603 NORTH BRINDLEY AVENUE
LITCHFIELD PARK, AZ 85340
**SSAN:** xxx–xx–0448
**EIN:**

Debtor(s)

**ORDER DISMISSING CASE**

- ☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007–1.
- ☐ The individual debtors having failed to file a Credit Counseling Certificate as required by Interim Rule 1007.
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☐ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☐ The individual debtors having failed to file a Statement of Current Monthly Income as required by Interim Rule 1007.
- ☑ The debtor(s) having failed to file a declaration regarding payment advices as required by Local Bankruptcy Rule 1007–1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. Section 343.
- ☐ An Order to Show Cause why this case should not be dismissed having been issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.

–– Order continued on 2nd page ––

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under Section110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** May 12, 2010                                       BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE Randolph J. Haines
U.S. Bankruptcy Court, Arizona                          United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: cornellb              Page 1 of 1                    Date Rcvd: May 12, 2010
Case: 10-11640                 Form ID: van122             Total Noticed: 14
```

The following entities were noticed by first class mail on May 14, 2010.
```
db/jdb     +RUBEN DELACRUZ,    CORINA S DELACRUZ,    3603 NORTH BRINDLEY AVENUE,
            LITCHFIELD PARK, AZ 85340-8554
tr          EDWARD J. MANEY,    P.O. BOX 10434,    PHOENIX, AZ   85064-0434
9134898    +CAPITAL ONE,    P. O. Box 60599,    City Of Industry CA 91716-0599
9134899     CITI MORTGAGE, INC.,    P. O. Box 6006,    The Lakes NV 88901-6006
9134901    +EMERGENCY PROFESSIONAL SERVICES,    P. O. Box 15070,    Scottsdale AZ 85267-5070
9134903     SOLACE FINANCIAL, LLC,    File #749210,    Los Angeles CA 90074-9210
9134904     SPRINT,    P O BOX 29887,    CITY OF INDUSTRY CA 91716-9887
9134907    +U. S. BANK HOME MORTGAGE,    3121 Michelson Drive,    5th Floor,    Irvine CA 92612-7672
```

The following entities were noticed by electronic transmission on May 12, 2010.
```
smg         EDI: AZDEPREV.COM May 12 2010 18:58:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
            1600 W. MONROE, 7TH FL.,    PHOENIX, AZ   85007-2650
9134900    +EDI: DISCOVER.COM May 12 2010 18:53:00      DISCOVER CARD,    P. O. Box 6103,
            Carol Stream IL 60197-6103
9146833     EDI: DISCOVER.COM May 12 2010 18:53:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
            New Albany, Ohio   43054-3025
9134902     EDI: CBSKOHLS.COM May 12 2010 18:53:00      KOHLS,    P. O. Box 30510,    Los Angeles CA 90030-0510
9134905    +EDI: AISTMBL.COM May 12 2010 18:58:00      T-MOBILE,    P. O. Box 51843,
            Los Angeles CA 90051-6143
9134906    +EDI: TFSR.COM May 12 2010 18:58:00      TOYOTA MOTOR CREDIT CORP,    10040 N. 25TH AVENUE #200,
            Phoenix AZ 85021-1648
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**                    Signature:    *Joseph Speetjens*